# BRAUCHER & ASSOCIATES
## ATTORNEYS AT LAW

764 CHESTNUT STREET
MANCHESTER, NH 03104

9414 7112 0620 6846 1327 55

CERTIFIED MAIL
TRACKING NUMBER

January 7, 2025

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Barbara E. Newbegin f/k/a Barbara E. Brewer
720 Benner Road
Bristol, ME 04539

Re:   Loan Account No.:   ▮▮▮▮▮▮▮▮
      Property Address:   720 Benner Road
                          Bristol, ME 04539

      Owner of Loan:      United States of America, acting through the Farmers Home Administration, United States Department of Agriculture

      Original Lender:    United States of America, acting through the Farmers Home Administration, United States Department of Agriculture

## NOTICE OF RIGHT TO CURE

Dear Ms. Newbegin:

This office represents United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (the "Loan Owner") with respect to a promissory note (the "Note") secured by a mortgage (the "Mortgage"), both dated June 22, 1989, that you signed and gave to United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (the "Lender"). The Mortgage is recorded in the Lincoln County Registry of Deeds, in Book 1557, Page 56, and covers property located at and about 720 Benner Road Bristol, ME 04539. The Loan Owner is the owner of the Note and the Mortgage.

January 7, 2025
Page 2

    The Loan Owner's records indicate that it has not received the monthly payment that came due under the Note on August 25, 2011, or on any later dates, and that other fees and costs are also past due. The Loan Owner's failure to receive those payments is a default under the Note and the Mortgage. You have the right to cure the default as provided in this notice.

    As of the date of this notice, the amount needed to cure the default (the "Cure Amount") is $180,290.21, which is itemized as follows:

| | |
|---|---|
| Past due payments of principal, interest and escrows: | $152,958.89 |
| Preservation and inspection Fees: | $25,676.24 |
| Late Charges: | $1,563.40 |
| Attorney's Fees and Costs: | $2,070.00 |
| Less Subsidy: | -$1,978.32 |
| TOTAL CURE AMOUNT | $180,290.21 |

NOTE: The Cure Amount does not include any payments or charges that may become due after the date of this notice. Any such payments and charges will remain due after you pay the amount specified in this notice. The Cure Amount is not the full amount required to pay off all amounts outstanding under the Note and the Mortgage, but, instead, is the amount required to pay only what is now past due under those documents.

    Maine law (14 M.R.S. § 6111) and the Mortgage provide that you have a right to cure this default by paying the Cure Amount of $180,290.21. This payment must be made by the thirty-fifth day from the date we give you this notice (or if that thirty-fifth day falls on a Saturday, Sunday, or legal holiday, then on the first business day after the end of that thirty-five day period) (the date by which this payment must be made is referred to elsewhere in this notice as the "Cure Deadline"). We are sending this notice to you by both certified mail and by ordinary first class mail on the date of this notice. The notice is considered to have been given to you five days after we mail it to you by ordinary first class mail. Therefore, the Cure Deadline is **February 16, 2025**.

    If, on or before the Cure Deadline, you do not pay the Cure Amount, or reach some other agreement with the Loan Owner, then the full amount required to pay off all amounts outstanding under the Note and the Mortgage, including fees and charges that are added to that amount after the date of this notice, will be immediately due and payable in full.

Because interest, legal fees, and other charges owing on this loan may vary from day to day, the total amount required to pay off the loan in full on the day you pay may be greater

January 7, 2025
Page 3

than this amount. If the full amount outstanding under the Note and the Mortgage becomes due and payable and you do not pay it, then, unless you reach another agreement with the Loan Owner, that Loan Owner, and anyone acquiring the rights of the Loan Owner under the terms of the Note and the Mortgage, may take whatever actions it decides are necessary to protect its rights, and legal proceedings, including foreclosure upon the Mortgage, may be in order.

**If you have received a discharge in a bankruptcy case, you are not personally liable for anything owed under the Note and the Mortgage.** This means that if any default under the Note and the Mortgage is not cured, then the Loan Owner may be able to foreclose upon the Mortgage, sell the property covered by that Mortgage as part of that foreclosure, and keep enough of the sale proceeds to pay whatever is then owed under the Note and the Mortgage (including, but not limited to, principal, interest, late charges, costs of sale and other charges), but cannot otherwise collect amounts owing under the Note and the Mortgage from you. **You should not consider anything in this notice, or in any materials provided with this notice, as a demand that you personally pay what is, or may come to be, owed under the Note or the Mortgage. Instead, the purpose of this notice and those materials is to provide you with information regarding the Note and the Mortgage and how foreclosure of the Mortgage may occur or be avoided.**

You may have options available other than foreclosure. You may discuss available options with the mortgagee or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the Cure Deadline. To speak to someone with authority to modify your mortgage loan to avoid foreclosure, please contact:

> United States Department of Agriculture
> Rural Development
> P.O. Box 66827
> St. Louis, MO 63166
> (800) 793-8861 (Voice)
> (800) 438-1832 (TDD/TYY Hearing Impaired Only)
> Facsimile: (314) 457-4450

Enclosed is a listing of counseling agencies approved by the United States Department of Housing and Urban Development operating in the State of Maine to assist mortgagors to avoid foreclosure. In any foreclosure action, you may have the right to request mediation to explore options for avoiding a foreclosure judgment.

January 7, 2025
Page 4

  **Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last nine (9) months, **AND** joined after signing the Note and Mortgage now in default, please notify me immediately. When contacting our office as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the SCRA.

  Along with this notice, we are enclosing a separate notice that describes additional rights you have under state and federal law. Please review that notice as well.

            Sincerely,

            /s/ *James Fleming, Esq.*

This listing is current as of **12/14/2022**.

# Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:**
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

|  |  |
|---|---|
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.avestahousing.org |
| **Agency ID:** | 81144 |

|  |  |
|---|---|
| **Agency Name:** | YORK COUNTY COMMUNITY ACTION AGENCY |
| **Phone:** | 207-324-5762 |
| **Toll Free:** |  |
| **Fax:** | 207-490-5026 |
| **Email:** | meaghan.arzberger@yccac.org |
| **Address:** | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.yccac.org |
| **Agency ID:** | 81150 |

|  |  |
|---|---|
| **Agency Name:** | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| **Phone:** | 207-333-6419 |
| **Toll Free:** | 800-866-5588 |
| **Fax:** | 207-795-4069 |
| **Email:** | homequest@community-concepts.org |
| **Address:** | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Resolving/Preventing Mortgage Delinquency Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | https://www.ccimaine.org/ |
| **Agency ID:** | 81580 |

|  |  |
|---|---|
| **Agency Name:** | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-859-1500 |
| **Toll Free:** | 800-542-8227 |
| **Fax:** |  |
| **Email:** | housing@kvcap.org |
| **Address:** | 101 Water St<br>Waterville, Maine 04901-6339 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.kvcap.org |
| **Agency ID:** | 81685 |

# BRAUCHER & ASSOCIATES
## ATTORNEYS AT LAW

764 CHESTNUT STREET
MANCHESTER, NH 03104

9414 7112 0620 6846 1327 55

CERTIFIED MAIL
TRACKING NUMBER

January 7, 2025

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Barbara E. Newbegin f/k/a Barbara E. Brewer
720 Benner Road
Bristol, ME 04539

Re:  Loan Account No.:    ████████
     Property Address:    720 Benner Road
                          Bristol, ME 04539

     Owner of Loan:       United States of America, acting through the Farmers Home Administration, United States Department of Agriculture

     Original Lender:     United States of America, acting through the Farmers Home Administration, United States Department of Agriculture

## NOTICE OF RIGHT TO CURE

Dear Ms. Newbegin:

This office represents United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (the "Loan Owner") with respect to a promissory note (the "Note") secured by a mortgage (the "Mortgage"), both dated June 22, 1989, that you signed and gave to United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (the "Lender"). The Mortgage is recorded in the Lincoln County Registry of Deeds, in Book 1557, Page 56, and covers property located at and about 720 Benner Road Bristol, ME 04539. The Loan Owner is the owner of the Note and the Mortgage.

January 7, 2025
Page 2

      The Loan Owner's records indicate that it has not received the monthly payment that came due under the Note on August 25, 2011, or on any later dates, and that other fees and costs are also past due. The Loan Owner's failure to receive those payments is a default under the Note and the Mortgage. You have the right to cure the default as provided in this notice.

      As of the date of this notice, the amount needed to cure the default (the "Cure Amount") is $180,290.21, which is itemized as follows:

| | |
|---|---|
| Past due payments of principal, interest and escrows: | $152,958.89 |
| Preservation and inspection Fees: | $25,676.24 |
| Late Charges: | $1,563.40 |
| Attorney's Fees and Costs: | $2,070.00 |
| Less Subsidy: | -$1,978.32 |
| **TOTAL CURE AMOUNT** | **$180,290.21** |

NOTE: The Cure Amount does not include any payments or charges that may become due after the date of this notice. Any such payments and charges will remain due after you pay the amount specified in this notice. The Cure Amount is not the full amount required to pay off all amounts outstanding under the Note and the Mortgage, but, instead, is the amount required to pay only what is now past due under those documents.

      Maine law (14 M.R.S. § 6111) and the Mortgage provide that you have a right to cure this default by paying the Cure Amount of $180,290.21. This payment must be made by the thirty-fifth day from the date we give you this notice (or if that thirty-fifth day falls on a Saturday, Sunday, or legal holiday, then on the first business day after the end of that thirty-five day period) (the date by which this payment must be made is referred to elsewhere in this notice as the "Cure Deadline"). We are sending this notice to you by both certified mail and by ordinary first class mail on the date of this notice. The notice is considered to have been given to you five days after we mail it to you by ordinary first class mail. Therefore, the Cure Deadline is **February 16, 2025**.

      If, on or before the Cure Deadline, you do not pay the Cure Amount, or reach some other agreement with the Loan Owner, then the full amount required to pay off all amounts outstanding under the Note and the Mortgage, including fees and charges that are added to that amount after the date of this notice, will be immediately due and payable in full.

Because interest, legal fees, and other charges owing on this loan may vary from day to day, the total amount required to pay off the loan in full on the day you pay may be greater

January 7, 2025
Page 3

than this amount. If the full amount outstanding under the Note and the Mortgage becomes due and payable and you do not pay it, then, unless you reach another agreement with the Loan Owner, that Loan Owner, and anyone acquiring the rights of the Loan Owner under the terms of the Note and the Mortgage, may take whatever actions it decides are necessary to protect its rights, and legal proceedings, including foreclosure upon the Mortgage, may be in order.

**If you have received a discharge in a bankruptcy case, you are not personally liable for anything owed under the Note and the Mortgage.** This means that if any default under the Note and the Mortgage is not cured, then the Loan Owner may be able to foreclose upon the Mortgage, sell the property covered by that Mortgage as part of that foreclosure, and keep enough of the sale proceeds to pay whatever is then owed under the Note and the Mortgage (including, but not limited to, principal, interest, late charges, costs of sale and other charges), but cannot otherwise collect amounts owing under the Note and the Mortgage from you. **You should not consider anything in this notice, or in any materials provided with this notice, as a demand that you personally pay what is, or may come to be, owed under the Note or the Mortgage. Instead, the purpose of this notice and those materials is to provide you with information regarding the Note and the Mortgage and how foreclosure of the Mortgage may occur or be avoided.**

You may have options available other than foreclosure. You may discuss available options with the mortgagee or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the Cure Deadline. To speak to someone with authority to modify your mortgage loan to avoid foreclosure, please contact:

       United States Department of Agriculture
       Rural Development
       P.O. Box 66827
       St. Louis, MO 63166
       (800) 793-8861 (Voice)
       (800) 438-1832 (TDD/TYY Hearing Impaired Only)
       Facsimile: (314) 457-4450

Enclosed is a listing of counseling agencies approved by the United States Department of Housing and Urban Development operating in the State of Maine to assist mortgagors to avoid foreclosure. In any foreclosure action, you may have the right to request mediation to explore options for avoiding a foreclosure judgment.

January 7, 2025
Page 4

**Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last nine (9) months, **AND** joined after signing the Note and Mortgage now in default, please notify me immediately. When contacting our office as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the SCRA.

Along with this notice, we are enclosing a separate notice that describes additional rights you have under state and federal law. Please review that notice as well.

Sincerely,

/s/ *James Fleming, Esq.*

This listing is current as of **12/14/2022**.

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:**
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

ALERT: SEVERE WEATHER FROM THE CENTRAL SOUTHERN U. S. THROUGH THE UPPER MID…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9414711206206846132755

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item arrived at our USPS facility in MANCHESTER, NH 03103 on March 9, 2025 at 12:49 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Moving Through Network

**Arrived at USPS Facility**
MANCHESTER, NH 03103
March 9, 2025, 12:49 pm

**In Transit to Next Facility**
February 12, 2025

**Arrived at USPS Regional Origin Facility**
SHREWSBURY MA DISTRIBUTION CENTER
February 8, 2025, 11:39 am

**Unclaimed/Being Returned to Sender**
BRISTOL, ME 04539
January 27, 2025, 8:59 am

**Reminder to Schedule Redelivery of your item**
January 15, 2025

**Notice Left (No Authorized Recipient Available)**

- BRISTOL, ME 04539
  January 10, 2025, 9:11 am

- **Arrived at USPS Regional Facility**
  SOUTHERN ME DISTRIBUTION CENTER
  January 8, 2025, 10:01 am

- **Arrived at USPS Facility**
  MANCHESTER, NH 03103
  January 7, 2025, 8:37 pm

- **USPS picked up item**
  MANCHESTER, NH 03104
  January 7, 2025, 5:03 pm

- **Shipping Label Created, USPS Awaiting Item**
  MANCHESTER, NH 03104
  January 7, 2025, 8:37 am

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.